IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| ZACHARY TOBBINS WILLIAMS, | ) | Civil Action No. 3:12-1422-JRM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| CAROLYN W. COLVIN, ACTING | ) | |
| COMMISSIONER OF SOCIAL SECURITY,[1] | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the undersigned[2] upon motion of Plaintiff for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). ECF No. 30 (filed July 30, 2013). On August 22, 2013, Plaintiff filed a motion to hold in abeyance any ruling on Plaintiff's motion for attorney's fees until the period for Defendant to appeal the sentence four remand had run. ECF No. 33. In the motion to hold in abeyance, Plaintiff expressly reserved his right to file a reply to Defendant's response in opposition to Plaintiff's motion for attorney's fees once the time for filing the motion was ripe. The time period for appeal has now expired.

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Commissioner Michael J. Astrue as Defendant in this action.

[2] Pursuant to 28 U.S.C. § 636, Local Civil Rule 83.VII.02 DSC, and the consent of the parties, the case was referred to the undersigned magistrate judge for further proceedings and entry of judgment.



Plaintiff's motion to hold in abeyance is, therefore, **granted**.  Plaintiff shall file his reply, if any, to Defendant's response in opposition to Plaintiff's motion for attorney's fees on or before November 20, 2013.

**IT IS SO ORDERED.**

Joseph R. McCrorey
United States Magistrate Judge

November 8, 2013
Columbia, South Carolina